UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANA L. RAMELLA, ) | |
| ) | No. C08-0007-MJP |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of Social ) | |
| Security, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

THIS MATTER having been brought before this Court upon Plaintiff's Application for Equal Access to Justice Act attorneys' fees and costs, and the Court having fully considered this matter:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion is Granted and Plaintiff is awarded attorneys' fees in the amount of $5,254.61 and $27.07 in expenses, for a total of $5,281.68, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Plaintiff is also awarded $78.75 in costs under 28 U.S.C. § 1920. The check(s) shall be mailed

ORDER - 1

**STEVEN M. ROBEY, P.S.**
1414 F Street
Bellingham, WA 98225
Phone: (360) 676-2548
Fax: (360) 647-7838

to Plaintiff's attorney's office: Law Office of Steven M. Robey, 1414 F Street, Bellingham, Washington 98225.

DATED this _17th day of ____November_____, 2008.

_____
Marsha J. Pechman
U.S. District Judge

Presented By:

s/ David A. Namba
David A. Namba, WSBA #29347
Attorney for Plaintiff
Law Office of Steven M. Robey, PS
1414 F Street
Bellingham, WA 98225
Telephone: 360.676.2548
Fax: 360.647.7838
E-mail: robey@nas.com

ORDER - 2

# CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Carol A. Hoch, WSBA #9289
>Special Assistant US Attorney
>Office of the General Counsel
>701 Fifth Avenue, Suite 2900 M/S 901
>Seattle, WA 98104-7075
>Telephone: (206) 615-2684
>Fax: (206) 615-2531
>E-Mail: carol.a.hoch@ssa.gov

I certify that I also sent a copy of the Proposed Order in WordPerfect Format to the Honorable Judge Marsha J. Pechman via e-mail.

>s/ Carmen Jones
>Carmen Jones
>Paralegal
>Law Office of Steven M. Robey, PS
>1414 F Street
>Bellingham, WA 98225
>Telephone: 360.676.2548
>Fax: 360.647.7838
>E-mail: robey@nas.com

ORDER - 3